## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICIO LOTERO CANO,            :
          *Petitioner,*           :
          :
       v.           :    **CIVIL NO. 26-1140**
          :
JAMAL L. JAMISON et al.,           :
          *Respondents.*           :
          :

## ORDER

**AND NOW,** this **3rd** day of **March 2026,** upon consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Amended Petition (ECF No. 3), and the Government's Answer (ECF No. 6), it is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Lotero Cano from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on March 4, 2026.**

2. The Government is enjoined from detaining Mr. Lotero Cano under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. Mr. Lotero Cano's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, will be granted if the Government does not submit, by **March 10, 2026,** a brief explaining its position regarding attorneys' fees. Mr. Lotero Cano may submit a reply within **seven days** of the Government's brief. Briefs must conform with Judge Scott's Policies and Procedures.

**BY THE COURT:**

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**