IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICIO LOTERO CANO,

Petitioner,

v.

JAMAL L. JAMISON, et al.,

Respondents.

Civil Action No. 2:26-cv-1140

## STIPULATION AND ORDER

Petitioner and Respondents, through counsel, stipulate as follows:

1.    Petitioner is a non-citizen who was detained by immigration authorities and filed this action for a writ of habeas corpus on February 20, 2026. ECF No. 1.

2.    On March 3, 2026, the Court granted the Petition and ordered Petitioner immediately released. ECF No. 8 ¶ 1. Petitioner was thereafter released in compliance with the Court's order. ECF No. 9.

3.    The Court additionally ordered Respondents to submit by March 10, 2026 a brief explaining their position regarding Petitioner's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). ECF No. 8 ¶ 3. The Court further provided for a reply to be filed by Petitioner. *Id.*

4.    Petitioner now withdraws his request for attorneys' fees under the EAJA.

5.    The parties agree that Petitioner's withdrawal of his request for attorneys' fees obviates the need for briefing regarding attorneys' fees; therefore, Respondents should not be required to submit a brief explaining their position regarding attorneys' fees.

So stipulated:

DAVID METCALF
United States Attorney

/s/Adriana Mitchell
Adriana Mitchell
Law Office of Adriana Mitchell
1528 Walnut St, Suite 710
Philadelphia, PA 19102
Phone: (267) 244-3833
Email: Adriana@mitchellimmigration.com

*Counsel for Petitioner*

/s/ Daniella D. Lees
Daniella D. Lees
Special Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8515
Email: daniella.lees@usdoj.gov

*Counsel for Respondents*

SO ORDERED:

Dated: 3/5/36

KAI N. SCOTT
United States District Court Judge

2

## CERTIFICATE OF SERVICE

I certify that on this date, I filed the foregoing Response in Opposition to Amended Petition for Writ of Habeas Corpus via the Court's CM/ECF System, thereby making it available for viewing and download for all parties to the case.

Dated: March 5, 2026

/s/ Daniella D. Lees
DANIELLA D. LEES
Special Assistant United States Attorney